# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROBERT FRIAR
ADC #142096                                                        PETITIONER

v.                       No. 5:17-cv-189-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                  RESPONDENT

## JUDGMENT

Friar's petition is dismissed with prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 March 2019